IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>                  Plaintiff,<br><br>      vs.<br><br>GLORIA A. STORCH, in her capacity as Trustee of the Gloria A. Storch Trust Agreement Dated October 26, 1999; and VLADIMIR F. STORCH, in his capacity as Trustee of the Vladimir F. Storch Trust Agreement Dated October 26, 1999;<br><br>                  Defendants. | **8:17CV257**<br><br>**ORDER** |

       This action was filed on July 14, 2017.  ([Filing No. 1](#).)  Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff must serve its complaint on Defendant within ninety days of filing the lawsuit.  To date, Plaintiff has not filed any return of service indicating service on Defendant, nor has Defendant entered a voluntary appearance.

       Accordingly,

       **IT IS ORDERED** that by or before November 21, 2017, Plaintiff shall show cause why this action should not be dismissed for lack of prosecution.  Failure to comply with this Order may result in the dismissal of this case without further notice.

       Dated this 7th day of November, 2017.

                                                             BY THE COURT:

                                                            s/ Susan M. Bazis
                                                            United States Magistrate Judge