IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ZACH HILLESHEIM, | 8:17CV257 |
|---|---|
| Plaintiff, | |
| vs. | SECOND ORDER TO SHOW CAUSE |
| GLORIA A. STORCH, in her capacity as Trustee of the Gloria A. Storch Trust Agreement Dated October 26, 1999; and VLADIMIR F. STORCH, in his capacity as Trustee of the Vladimir F. Storch Trust Agreement Dated October 26, 1999; | |
| Defendants. | |

This action was filed on July 14, 2017. ([Filing No. 1](#).) Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff must serve its complaint on Defendants within ninety days of filing the lawsuit.

On November 7, 2017, the Court issued an Order to Show Cause because Plaintiff had not filed a return of service indicating that Defendants had been served. ([Filing No. 6](#).) On November 21, 2017, counsel for Plaintiff responded to the Court's Order to Show Cause ([Filing No. 7](#)), requesting that the service deadline be extended to January 1, 2018. On November 27, 2017, the Court entered an order extending Plaintiff's deadline for service of process to January 2, 2018. (Filing No. 9.)

To date, Plaintiff has not filed any return of service indicating service on Defendants, nor have Defendants entered voluntary appearances.

Accordingly,

**IT IS ORDERED** that by or before **January 17, 2018**, Plaintiff shall again show cause why this action should not be dismissed for lack of prosecution. Failure to comply with this Order may result in the dismissal of this case without further notice.

Dated this 3rd day of January, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge